ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| AED Aero, Inc. | ) ASBCA No. 63154 |
| | ) |
| Under Contract No. SPE4A7-21-P-7329 | ) |

APPEARANCE FOR THE APPELLANT:    William Selinsky, Esq.
    Whitcomb & Selinsky, P.C.
    Denver, CO

APPEARANCES FOR THE GOVERNMENT:    Daniel K. Poling, Esq.
    DLA Chief Trial Attorney
    Angela M. DiOrio, Esq.
    Trial Attorney
    DLA Aviation
    Richmond, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 12, 2022

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63154, Appeal of AED Aero, Inc., rendered in conformance with the Board's Charter.

Dated: October 12, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals